No. 99–1610. YSLETA DEL SUR PUEBLO *v.* LANEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1617. MCMASTER *v.* MICHIGAN NATIONAL CORP. ET AL. Sup. Ct. Mich. Certiorari denied.

No. 99–1661. RENNERT *v.* UNITED STATES; MILLER *v.* UNITED STATES; and JENSEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 202 F. 3d 255.

No. 99–1670. WEBB ET UX. *v.* MENDENHALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1703. CHOE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1712. BENAVIDES *v.* GERVER ET UX. Sup. Ct. App. W. Va. Certiorari denied.

No. 99–6879. MARLOW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7908. RODIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7918. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–7958. DEWBERRY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8016. ABRAM *v.* LAXTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8244. RICHARDSON *v.* RICHARDSON;
No. 99–8245. RICHARDSON *v.* AMERICA ONLINE;
No. 99–8246. RICHARDSON *v.* SPRINT PCS;
No. 99–8247. RICHARDSON *v.* FIRST NATIONAL BANK OF MARYLAND; and
No. 99–8287. RICHARDSON *v.* BELL ATLANTIC CORP. C. A. 4th Cir. Certiorari denied. Reported below: 199 F. 3d 1327.

No. 99–8271. BURTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.